UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
TAVON TURER, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

SHOP UNTITLED NYC INC.,

          Defendant.
----------------------------------------------------------x

CASE NO.: 1:24-cv-08337-JLR

## NOTICE OF ATTORNEY APPEARANCE

Nolan Klein, Esquire, of the Law Offices of Nolan Klein, P.A., hereby gives notice of appearing as counsel of record for Defendant, SHOP UNTITLED NYC INC., in the above-styled action.

DATED this **7th** day of **November,** 2024.

Respectfully Submitted,

LAW OFFICES OF NOLAN KLEIN, P.A.
*Attorneys for Defendant*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.
(NK 4223)
klein@nklegal.com
amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **7th** day of **November,** 2024.

                                  By:  */s/ Nolan Klein*
                                        NOLAN KLEIN, ESQ.

## SERVICE LIST:

**JON L. NORINSBERG, ESQ.**
**BENNITTA L. JOSEPH, ESQ.**
JOSEPH & NORINSBERG, LLC
110 East 59th Street, Suite 2300
New York, New York 10022
Ph : (212) 227-5700
Fax: (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*