AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| TAVON TURNER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-CV-08337-JLR |
| SHOP UNTITLED NYC INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF                                                                                           .

Date:     12/24/2024

s/ ARJETA ALBANI
*Attorney's signature*

ARJETA ALBANI  5654587
*Printed name and bar number*

110 E. 59TH STREET, SUITE 2300
NEW YORK, NEW YORK 10022

*Address*

arjeta@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*