**Joseph & Norinsberg LLC**

Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 30, 2025

<u>**VIA ECF**</u>
Hon. Jennifer L. Rochon
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   **Turner v. Shop Untitled NYC Inc.**
             **Case No. 1:24-cv-08337-JLR**
             <u>**Request to Adjourn Initial Conference**</u>

Dear Judge Rochon,

      We represent Plaintiff, Tavon Turner, in the above-referenced matter, brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. Please accept this correspondence in response to your Honor's January 23, 2025 Order.

      We write with the consent of defense counsel to advise the Court that the parties have been engaged in substantial settlement discussions and believe that a settlement in this matter is likely. The parties respectfully request a stay of all proceedings in this matter for an additional thirty days to allow the parties to continue settlement discussions.

      Thank you for your understanding and consideration.

Sincerely,

JOSEPH & NORINSBERG, LLC

_____
Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com