**Joseph & Norinsberg LLC**

Fighting for Employee Justice

| | Manhattan Office | |
| --- | --- | --- |
| **Queens Office** | 110 East 59th Street, Suite 2300 | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | New York, New York 10022 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 30, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   **Turner v. Shop Untitled NYC Inc.**
            **Case No. 1:24-cv-08337-JLR**
            **Request to Adjourn Initial Conference**

Dear Judge Rochon,

      We represent Plaintiff, Tavon Turner, in the above-referenced matter, brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. Please accept this correspondence in response to your Honor's January 23, 2025 Order.

      We write with the consent of defense counsel to advise the Court that the parties have been engaged in substantial settlement discussions and believe that a settlement in this matter is likely. The parties respectfully request a stay of all proceedings in this matter for an additional thirty days to allow the parties to continue settlement discussions.

      Thank you for your understanding and consideration.

Sincerely,

JOSEPH & NORINSBERG, LLC

_____
Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

It is hereby ORDERED that no later than **March 3, 2025**, the parties shall submit a joint status letter informing the Court whether a settlement has been reached. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated:  January 31, 2025         **SO ORDERED.**
             New York, New York

_____
**JENNIFER L. ROCHON
United States District Judge**